```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :   24cr240-1,3(DLC)
                                         :
              -v-                        :         ORDER
                                         :
 LUIS OSVALDO ESPINAL PAULINO, and       :
 CHRISTINA PERDOMO,                      :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a Curcio hearing is scheduled in this matter for August 21, 2024 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 2, 2024

_____
DENISE COTE
United States District Judge