```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :    24cr240-1(DLC)
                                    :
            -v-                     :         ORDER
                                    :
LUIS OSVALDO ESPINAL PAULINO,       :
                                    :
                  Defendant.        :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on December 12, 2024 sentencing, it is hereby

    ORDERED that the defendant Luis Osvaldo Espinal Paulino (USM #00133-511) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
           December 12, 2024

                                            _____
                                                DENISE COTE
                                      United States District Judge